■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
AMADO PICHADO, Appellant. [700 NYS2d 823] —Judgment,
Supreme Court, Bronx County (Phylis Skloot Bamberger, J.),
rendered July 17, 1995, convicting defendant, after a nonjury
trial, of murder in the second degree, criminal possession of a
weapon in the second degree and criminal possession of a
weapon in the third degree, and sentencing him to concurrent
terms of 23 years to life, 5 to 15 years and 2¹/₃ to 7 years,
respectively, unanimously affirmed.

The verdict was not against the weight of the evidence. After
carefully considering all the theories advanced by defendant,
the court properly determined that the People disproved his
justification defense. Defendant has failed to preserve his
contentions with respect to the court's interpretation of Penal
Law § 35.30 (4), and we decline to review them in the interest
of justice.

Defendant's *Rosario* claims are unpreserved and we decline
to review them in the interest of justice. Were we to review
these claims, we would find that the court properly relied on
the prosecutor's representations (*see, People v Poole*, 48 NY2d
144). Based on such representations, the court properly
concluded that no *Rosario* material had been withheld with re-
spect to one witness and that any material with respect to the
second had been lost or destroyed. Defendant never requested
a specific sanction and, in any event, no sanction was war-
ranted in light of the lack of prejudice to defendant.

We perceive no abuse of sentencing discretion. Concur—
Rosenberger, J. P., Williams, Rubin, Andrias and Buckley, JJ.